

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-19-00435-CV

Jerold **GIVENS** and Dinah Givens, Individually and as Representatives of the Estate of James Douglas Givens, Deceased; Beverly Brown, Johnny Scott Brown, and Andrew Brown, Individually and as Representatives of the Estate of Johnnie Lee Brown; Shannon Brown; and Wesley Brown,
Appellants

v.

**ANDERSON COLUMBIA CO., INC.**,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 15-03-31056-MCV
Honorable Cynthia L. Muniz, Judge Presiding

## O R D E R

Appellee's brief was originally due January 15, 2020. Appellee's first motion for extension of time was granted, extending the deadline for filing the brief to February 14, 2020. On February 6, 2020, appellee filed a motion requesting an additional extension of time to file the brief until March 16, 2020, for a total extension of sixty days. On March 17, 2020, appellee filed its brief and a motion requesting an additional extension of time to file the brief until March 17, 2020, for a total extension of sixty-one days. After consideration, we **GRANT** the motion and deem appellee's brief timely filed as of March 17, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.



Michael A. Cruz,
Clerk of Court